## BONDS V. SALEM (CITY).

INTEREST INCREASING ASSESSMENTS TO EXCEED LIMIT INVALID.

The addition of interest on deferred installments of assessments for paving, increasing the assessments to exceed twenty-five per cent of the value of the property, is invalid.

APPEAL from the Court of Common Pleas of Columbiana county.

Within a few years the city has paved eight miles of street, issuing bonds bearing interest payable in yearly installments, the interest being included in the installments. A property owner on Garfield avenue declined to pay the interest on the first installment, obtained an injunction

from the common pleas court, restraining the city from collecting it. The city appealed to the circuit court.

PER CURIAM.

The decision of the lower court is confirmed on the theory that only twenty-five per cent. of the taxable valuation could be assessed against the property under the statute.

---

## BILLS OF EXCEPTIONS.